**Order entered April 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01664-CR

**LEMUEL MOSLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F11-57352-I**

## ORDER

The Court has before it appellant's April 2, 2014 second motion to extend time to file his brief. In the motion, counsel states that the court reporter has not filed a copy of the reporter's record with the District Clerk, so counsel has not been able to prepare the brief. We **GRANT** appellant's motion as follows.

We **ORDER** Kendra Thibodeaux, deputy official court reporter, to file a complete copy of the reporter's record, including all exhibits, with the Dallas County District Clerk by **APRIL 28, 2014**. We further **ORDER** that Ms. Thibodeaux file in this Court, by **5:00 p.m. on April 28,2 014**, written verification that she has complied with this order.

We **ORDER** appellant to file his brief by **MAY 30, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Kendra Thibodeaux, deputy official court reporter, and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE